273 So.2d 248

In re Jimmy Frank CAMERON

v.

STATE.

Ex parte Jimmy Frank Cameron.

SC 236.

Supreme Court of Alabama.

Feb. 8, 1973.

Fred Blanton, Birmingham, and Sidney M. Harrell, Mobile, for petitioner.

McCALL, Justice.

Petition of Jimmy Frank Cameron for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Cameron v. State, 49 Ala.App. 482, 273 So.2d 242.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN, BLOODWORTH, MADDOX, FAULKNER and JONES, JJ., concur.

276 So.2d 640

In re Jasper Lee COOKS, alias

v.

STATE.

Ex parte Jasper Lee Cooks.

SC 325.

Supreme Court of Alabama.

April 19, 1973.

David L. Barnett, Mobile, for petitioner.

FAULKNER, Justice.

Petition of Jasper Lee Cooks for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Cooks alias v. State, 50 Ala.App. 49, 276 So.2d 634.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.